UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD DANKS, JONATHAN DESTLER, and ROBERT LAZERUS,<br><br>Defendants. | ) | Case No. 22-cr-2701-BAS<br><br>Tuesday, July 30, 2024<br><br>Excerpt of Jury Trial<br>*Voir Dire* |

REPORTER'S TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE CYNTHIA A. BASHANT
UNITED STATES DISTRICT JUDGE

PAGES 1 - 5

(APPEARANCES ON PAGE 2)

REPORTED BY:

ANNE MARIE ROLDAN, RMR, CRR, CSR 13095
U.S. OFFICIAL COURT REPORTER
U.S. District Court Clerk's Office
333 West Broadway, Suite 420
San Diego, California 92101

Reported stenographically; transcribed with CAT software.

APPEARANCES:

FOR THE PLAINTIFF: UNITED STATES ATTORNEY'S OFFICE
880 Front Street, Suite 6293
San Diego, California 92101
*By: JANAKI G. CHOPRA, AUSA*
*NICHOLAS W. PILCHAK, AUSA*

FOR DEFENDANT DONALD DANKS: LAW OFFICES OF PATRICK Q. HALL
501 West Broadway, Suite 730
San Diego, California 92101
*By: PATRICK Q. HALL, ESQ.*

FOR DEFENDANT JONATHAN DESTLER: SNELL & WILMER
12230 El Camino Real, Suite 300
San Diego, California 92130
*By: ANDREW P. YOUNG, ESQ.*

MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
*By: LOUIS "SKIP" MILLER, ESQ.*

FOR DEFENDANT ROBERT LAZERUS: LAW OFFICE OF MARTHA M. HALL
555 West Beech Street, Suite 508
San Diego, California 92101
*By: MARTHA M. HALL, ESQ.*

LAW OFFICE OF ADAM F. DOYLE
444 West C Street, Suite 310
San Diego, California 92101
*By: ADAM F. DOYLE, ESQ.*

***TUESDAY, JULY 30, 2024, 10:23 A.M.***

***

***THE COURT:*** This case does involve the FBI. There may also be mention of the SEC or FINRA, F-I-N-R-A.

Has anyone ever worked for any of these agencies or had anyone close to them who worked for any of those agencies? FBI, SEC, or FINRA. If so, raise your hand.

***(No response.)***

***THE COURT:*** I see no hands raised.

Has anyone ever had particularly positive or negative experiences with any of these agencies or law enforcement in general? Anyone who says, you know, "I don't believe anything that comes out of law enforcement's mouth," or, "They saved my life, and I can't judge their credibility like I would anyone else's credibility"?

Anyone think they would have difficulty doing that? If so, raise your hand. I see no hands raised. Oh, we have a hand.

***JUROR 36:*** Hello. I'm an engineer with the city. So because of my work, I work with police officers on many projects. I know they work hard. They have a lot of procedures to follow. I tend to trust them more.

***THE COURT:*** Okay. And this is Juror No. 36.

So it's very important -- are you saying that you don't think that a law enforcement officer would ever not tell the

truth or make a mistake?

***JUROR 36:*** No. I just heard the news, but most of the time I trust them more than like other resource.

***THE COURT:*** Okay. Thank you. I appreciate that.

***JUROR 24:*** Hi there.

***THE COURT:*** Hello.

***JUROR 24:*** I kind of have a discrimination towards, you know, the FBI and stuff just because of what I hear on the news.

***THE COURT:*** Okay. And this is Juror No. 24.

So if an FBI agent testified, do you think you would have difficulty assessing their credibility? You think you would think they weren't telling the truth just because of what you hear on the news?

***JUROR:*** I really don't know. I can't say at this point.

***THE COURT:*** Okay. Thank you.

***(End of requested portion.)***

***

///

///

///

///

///

///

///

*REPORTER'S CERTIFICATE*

I, Anne Roldan, certify that I am a duly qualified and acting Official Court Reporter for the United States District Court, that the foregoing is a true and accurate transcript of the proceedings as taken by me in the above-entitled matter on July 30, 2024; and that the format used complies with the rules and requirements of the United States Judicial Conference.

Date: August 26, 2024

*Anne Roldan, RMR, CRR, CSR 13095*