1  Andrew P. Young (Bar No. 326540)
   apyoung@swlaw.com
2  SNELL & WILMER L.L.P.
   3611 Valley Centre Drive
3  Suite 500
   San Diego, California 92130
4  Telephone:  858.434.5020
   Facsimile:   858.434.5006
5
   Louis R. Miller, Bar No. 54141
6  smiller@millerbarondess.com
   MILLER BARONDESS LLP
7  2121 Avenue of the Stars Suite 2600
   Los Angeles, CA 90067
8  Telephone: 310.552.4400

9  Attorneys for Defendant
   Jonathan Destler
10

11              UNITED STATES DISTRICT COURT

12              SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD DANKS (2),<br>JONATHAN DESTLER (3),<br>ROBERT LAZERUS (4)<br><br>Defendants. | Case No. 22 CR2701 BAS<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that attorney Andrew P. Young of Snell & Wilmer L.L.P. hereby withdraws as counsel of record for Defendant Jonathan Destler, in the above-captioned action.  Attorney Louis R. Miller of Miller Barondess LLP will remain as counsel of record for Defendant Jonathan Destler.

Accordingly, Andrew P. Young requests the court to remove his name from the Court's master mailing list and to remove him from the Court's service list.

4924-7767-6816

| | |
|---|---|
| Dated: January 17, 2025 | SNELL & WILMER L.L.P. |
| | By: s/Andrew P. Young |
| | Andrew P. Young |
| | Attorneys for Defendant Jonathan Destler |

4924-7767-6816